## GENO PIACENTINI ET AL. *v.* JOANN PIACENTINI
## (AC 31273)

Robinson, Alvord and Pellegrino, Js.

Argued June 2—officially released June 29, 2010

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DENNIS R. ROSS
## (AC 31136)

Robinson, Bear and Mihalakos, Js.

Argued June 4—officially released June 29, 2010

Per Curiam. The judgment is affirmed.

## WELLS FARGO BANK, N.A. *v.* PATRICIA A. BRACA ET AL.
## (AC 31325)

Harper, Robinson and Borden, Js.

Argued April 7—officially released July 13, 2010

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new foreclosure sale date.